UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  2:22-cv-00464-AFM      Date:  November 15, 2022

Title  Kenneth Urquidi et al v. Union Pacific Railroad Company et al

Present: The Honorable:  ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order of Dismissal**

    Pursuant to the Joint Stipulation for Dismissal (ECF No. 24), this action is dismissed with prejudice as to all parties and all causes of action pursuant to Fed. R. Civ. P. 41(a)(1), with each party bearing its/their own attorneys' fees and costs.

    IT IS SO ORDERED.

:
**Initials of Preparer**     ib